UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBIN HOOPER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-12-CA-1108-HJB |
| IRBY CONSTRUCTION COMPANY, | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the status of the above case. The parties notified the Court today that they have entered into a settlement agreement resolving the claims made in this case. Accordingly, this Court has determined that there is no longer a need to hold a status conference in this case.

It is therefore **ORDERED** that the status conference previously set for December 13, at 1:00 P.M. before this Court is hereby **CANCELLED** from the docket and all parties are excused from appearing on that date.

It is **FURTHER ORDERED** that the parties must submit appropriate settlement document on or before **January 9, 2014**.

**SIGNED** on December 9, 2013.

Henry J. Bemporad
United States Magistrate Judge