IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ROBIN HOOPER, Individually, and as the Representative of the ESTATE OF NATHAN HOOPER, Deceased<br>    Plaintiffs<br><br>v.<br><br>IRBY CONSTRUCTION COMPANY<br>    Defendant | § § § § § § § § § § | CASE NO.: SA:12-CA-1108 |

### ORDER

Plaintiff, Robin Hooper, Individually and as Representative of the Estate of Nathan Hooper, Deceased, and Defendant, Irby Construction Company, have filed an Agreed Motion to Dismiss with Prejudice, requesting this action be dismissed with prejudice. The Court finds no reason why the parties' claims should not be dismissed. It is, therefore, ORDERED:

(1)   Plaintiff shall take nothing from Defendant;

(2)   All claims and causes of action which were asserted by the parties are hereby DISMISSED WITH PREJUDICE; and

(3)   Each party shall bear its own costs, attorneys' fees and expenses.

SIGNED on this 27th day of January, 2014.

_____
Henry J. Bemporad
United States Magistrate Judge

APPROVED AND ENTRY REQUESTED:

LAW OFFICES OF THOMAS G. KEMMY

_____
Thomas G. Kemmy [TBN 11254600]
322 West Woodlawn Avenue
San Antonio, Texas 78212
Tel: (210) 735-2233
Fax: (210) 736-9025
Email: tkemmy@sbcglobal.net

Christopher P. Mayo [TBN 00798354]
Chris Mayo Injury Lawyers
3238 N.W. Loop 410
San Antonio, Texas 78213
Tel: (210) 999-9999
Fax: (210) 593-0002
Email: cmayo@mayoinjurylaw.com

ATTORNEYS FOR PLAINTIFF


**SCHWARTZ, JUNELL, GREENBERG & OATHOUT, L.L.P.**

_____
David E. Finck [TBN 00793726]
Shannon McAvoy Brennan [TBN 24046378]
Two Houston Center
909 Fannin, Suite 2700
Houston, Texas 77010
Tel: (713) 752-0017
Fax: (713) 752-0327
Email: finck@sjgolaw.com
Email: sbrennan@sjgolaw.com